UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT MICHIGAN

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned IP ) <br> address 99.121.116.150, ) <br> ) <br> Defendant. ) <br> _____) | Civil Case No. 1:18-cv-00924-RJJ-RSK |

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR EXTENSION
OF TIME WITHIN WHICH TO EFFECTUATE SERVICE**

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Time Within Which to Effectuate Service on John Doe Defendant with a summons and Amended Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until December 18, 2018 to effectuate service of a summons and Amended Complaint on Defendant.

SO ORDERED this _____ day of _____, 2018.


By:_____
**UNITED STATES DISTRICT JUDGE**